PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MARGARET LEHRKIND (CASB 314717)
Special Assistant United States Attorney
     160 Spear Street, Suite 800
     San Francisco, California 94105
     Telephone: (510) 970-4829
     Facsimile: (415) 744-0134
     E-Mail: Margaret.Lehrkind@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELINDA SOPHIA SCOTT,<br><br>       Plaintiff,<br><br>    v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security<br><br>       Defendant. | Case No.: 2:19-cv-02545-AC<br><br>STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

     IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g).

     On remand, the Commissioner will conduct any necessary further proceedings, including offering Plaintiff the opportunity for a new hearing with a different administrative law judge, and will issue a new decision. The parties further request that

the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted,

Dated: June 10, 2021          */s/  Stuart Barasch\**
(*as authorized via e-mail on 6/10/21)
STUART BARASCH
Attorney for Plaintiff


Dated: June 10, 2021          PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration

By:    */s/ Margaret Lehrkind*
MARGARET LEHRKIND
Special Assistant United States Attorney

Attorneys for Defendant


## ORDER

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

Dated:  June 15, 2021

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE